# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Balla Pierce,<br><br>    Plaintiff,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>    Defendants. | No. CV-25-02067-PHX-DLR (JZB)<br><br>**ORDER** |

       Before the Court is United States Magistrate Judge Boyle's Report and Recommendation ("R&R") recommending that the Court dismiss Defendant Mejia without prejudice for Plaintiff's failure to timely serve defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. 17.) The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (failing to timely object to an R&R waives review of that R&R).

       Neither party filed objections, which relieves the Court of its obligation to review the R&R. Still, the Court reviewed the R&R and finds it well-taken. The Court accepts the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3).

**IT IS ORDERED** that the R&R (Doc. 17) is **ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendant Mejia shall be **DISMISSED WITHOUT PREJUDICE**.

Dated this 6th day of February, 2026.

Douglas L. Rayes
Senior United States District Judge